**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 352 EAL 2016
                                  :
                    Petitioner    :
                                  :
                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court
             v.                   :
                                  :
                                  :
                                  :
DARNELL BROWN,                    :
                                  :
                    Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner is:

(1)    Did the Superior Court err when it rejected binding Confrontation Clause authority and held as a matter of first impression that autopsy reports are testimonial?